IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES D. HOBSON, JR.                                     PLAINTIFF

VS.                    CIVIL ACTION NO. 5:08-cv-288(DCB)(JMR)

CHASE HOME FINANCE, LLC,
and PRIORITY TRUSTEE
SERVICES OF MISSISSIPPI, LLC                      DEFENDANTS

## ORDER OF REMAND

This cause having come before the Court on the plaintiff, James D. Hobson, Jr.'s motion to remand, and the Court having granted the motion in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this case is REMANDED to the County Court of Warren County, Mississippi.

SO ORDERED, this the 31st day of August, 2009.

                                                 /s/ David Bramlette
                                                 UNITED STATES DISTRICT JUDGE